IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SALVATORE DEANGELO and BARBARA DEANGELO,<br><br>Plaintiffs,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | CV 20-36-BLG-SPW<br><br>ORDER |

Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. move for the admission of Tyler D. Coombe to practice before the Court in the above captioned matter with Ian McIntosh of Bozeman, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and Plaintiffs do not object.

IT IS SO ORDERED that Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s motion to admit Tyler D. Coombe to appear *pro hac vice* (Doc. 20) is GRANTED and he is authorized to appear as counsel with Ian McIntosh pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 20th day of April, 2020.

SUSAN P. WATTERS
United States District Judge

1