IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SALVATORE DEANGELO and BARBARA DEANGELO,<br><br>     Plaintiffs,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>     Defendants. | 1:20-cv-00036-SPW<br><br>**ORDER DISMISSING WITHOUT PREJUDICE** |

Upon the Parties' Joint Stipulation of Dismissal Without Prejudice (Doc. 22), and for good cause appearing,

IT IS HEREBY ORDERED that said Joint Stipulation of Dismissal Without Prejudice (Doc. 22) is **GRANTED** and the case is dismissed without prejudice, with each party to bear its own attorneys' fees and costs. This dismissal does not toll or extend any applicable statute of limitations.

DATED this 15th day of June, 2020.

            /s/ Susan P. Watters
            SUSAN P. WATTERS
            UNITED STATES DISTRICT JUDGE